# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 21-5199

September Term, 2021

1:21-cv-02235-UNA

**Filed On:** January 18, 2022

R. L. Brooks, Jr.,

      Appellant

    v.

United States Department of Justice,

      Appellee


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


**BEFORE:**    Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, and appellant's motion to amend, it is

**ORDERED AND ADJUDGED** that the district court's August 27, 2021 order be affirmed. Appellant has not shown that the district court erred in concluding that his complaint did not contain a short and plain statement of the claim showing that he is entitled to relief. See Fed. R. Civ. P. 8(a). Because the complaint was dismissed without prejudice, appellant may refile a new complaint in district court that complies with the requirements of Federal Rule of Civil Procedure 8(a). It is

**FURTHER ORDERED** that the motion to amend be denied without prejudice to filing a new complaint in district court.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5199**                            **September Term, 2021**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**


**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk